CIVIL DOCKET

UNITED STATES DISTRICT COURT

Jury demand date: December 17, 1974.

D. C. Form No. 106 Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| Eli Daniels and Harry Daniels, d/b/a The Heart of the Black Hills Stations, Plaintiffs, vs. South Dakota Cable, Inc.; Duhamel Broadcasting Enterprises, Inc.; Helen S. Duhamel; William F. Duhamel; Joseph L. Floyd and N. L. Bentsen, Defendants. | For plaintiff:<br>R. E. Driscoll<br>Driscoll, Mattson & Rachetto<br>P.O. Box 392-696 Main Street<br>Deadwood, S. Dak. 57732<br><br>R. C. Riter<br>Stephens, Riter, Mayer & Hofer<br>P.O. Box 280<br>Pierre, S. Dak. 57501<br><br>For defendant: Dakota Cable, Floyd & Bents<br>Richard C. Cutler<br>Davenport, Evans, Hurwitz & Smith<br>National Reserve Bldg.<br>Sioux Falls, SD 57102<br><br>George Beal - Duhamel's<br>P.O. Box 1540<br>Rapid City, S. Dak. 57701 |

| STATISTICAL RECORD | COSTS | DATE 1974 | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | 12/17 | 18592 | | |
| J.S. 6 mailed | Marshal | | | | |
| Basis of Action: Violation of the Clayton & Sherman Act - Breach of Contract | Docket fee | | | | |
| | Witness fees | | | | |
| Action arose at: | Depositions | | | | |

| DATE 1974 | | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| Dec. 17 | 1) | Filing Complaint with Demand for Jury Trial with Ex. A attached | |
| Dec. 17 | 2) | Filing Affidavit of Eli Daniels and Harry Daniels | |
| Dec. 17 | | Issuing Summons. Fur. 6 copies for service and del. to U.S. Marshal in Rapid City | |
| 1975 | | | |
| Jan. 30 | 3) | Summons for S.Dak. Cable, Inc.; Duhamel Broadcasting Enterprises Inc., Helen S. Duhamel; William F. Duhamel; Joseph L. Floyd and N. L. Bentsen returned and filed | |
| Mar. 4 | 4) | Filing Separate Answer of Dfdt. South Dakota Cable, Inc. | |
| Mar. 4 | 5) | Filing Separate Answer of Dfdts. Joseph L. Floyd & N.L. Bentson | |
| Mar. 7 | 6) | Filing Separate Answer of Defendants Duhamel Broadcasting Enterprises, Inc., Helen S. Duhamel and William F. Duhamel | |
| Mar. 20 | 7) | Filing Admission of Service of Helen S. Duhamel | |
| Mar. 20 | 8) | Filing Reply to Counterclaim of South Dakota Cable, Inc. | |
| Mar. 20 | 9) | Filing Certificate of Service | |
| June 13 | 10) | Filing Plaintiffs' Interrogatories #1 to Defendants | |
| June 13 | 11) | Filing Plaintiffs' Interrogatories # 2 to Defendants | |
| July 14 | 12) | Filing Answers to Interrogatories | |
| Sept. 23 | 13) | Filing Notice to Take Deposition Upon Oral Examination | |
| Nov. 4 | 14) | Filing Stipulation Governing Production of Documents | |
| Oct. 2 | 15) | Filing Praecipe to Issue Subpoena Duces Tecum | |
| Oct. 2 | | Issuing Subpoena Duces Tecum for ARBITROON- Fur. copy for service | |
| Dec. 30 | 16) | Filing Deposition of Eli Daniels taken on 10/23/75 by Dfdt. | |
| 1976 | | | |
| Jan. 7 | 17) | Filing First Request by Defendant South Dakota Cable, Inc. for the Production of Documents | |
| Feb. 12 | 18) | Filing Affidavit of Richard A. Cutler | |
| Feb. 12 | 19) | Filing Affidavit of Judy L. Harvey | |
| Mar. 9 | 20) | Filing Motion for an Order for the Production of Documents by Dfdt. | |
| Mar. 9 | 21) | Filing Notice of Motion | |
| Apr. 16 | 22) | Filing Stipulation and Order of Dismissal | |
| Apr. 16 | | Notice of Entry and copy of Order mailed to Jon Mattson, R.C. Riter, Richard C. Cutler and George Beal | |